CIRCUIT MEDIATION OFFICE

# UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

**DAVID W. AEMMER**
CHIEF CIRCUIT MEDIATOR

**KEVIN J. KINNEAR**
CIRCUIT MEDIATOR

TELEPHONE 303-844-6017
FACSIMILE 303-844-6437

June 17, 2025

Tadd J. P. Bogan, Esq.
Jones, Gotcher & Bogan, P.C.
15 East 5th Street, Suite 3800
Tulsa, OK  74103

Robert P. Fitz-Patrick, Esq.
Hall Estill
521 East 2nd Street, Suite 1200
Tulsa, OK  74120

RE:  No. 25-5052 – GWACS Armory, LLC v. KE Arms, LLC, et al.

Dear Counsel:

     Pursuant to Rule 33.1, Rules of the Tenth Circuit, the deadline for filing the appellant's brief and the appendix is extended to J**une 23, 2025**.

Sincerely,

Kevin J. Kinnear

KJK:dm