## UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| GWACS ARMORY, LLC,<br><br>    Plaintiff Counterclaim Defendant - Appellant,<br><br>v.<br><br>KE ARMS, LLC,<br><br>    Defendant Counterclaimant - Appellee,<br><br>and<br><br>RUSSELL PHAGAN; SINISTRAL SHOOTING TECHNOLOGIES, LLC; BROWNELLS, INC.,<br><br>    Defendants - Appellees. | No. 25-5052<br>(D.C. No. 4:20-CV-00341-JDR-SH)<br>(N.D. Okla.) |

_____

### STIPULATION TO DISMISS
_____

Pursuant to discussions held under Tenth Circuit Rule 33.1, Federal Rule of Appellate Procedure 42(b)(1), and the agreement of the parties, the undersigned hereby stipulate that the above appeal be dismissed with prejudice. Each party shall bear its own costs on appeal.

| | |
|---|---|
| s/Tadd J.P. Bogan<br>TADD J.P. BOGAN, Esq.<br>Attorney for Appellant<br>GWACS Armory, LLC<br><br>Street Address: 15 East 5th Street, Suite 3800<br>Tulsa, OK 74103<br>Telephone Number: (918)581-8200<br>Email Address: tbogan@jgbok.com | s/Brian R. Hardy<br>BRIAN R. HARDY, Esq.<br>ALEXANDER K. CALAWAY, Esq.<br>Attorney for Appellees<br>KE Arms, LLC, Russell Phagan, Sinistral Shooting Technologies, LLC and Brownells, Inc.<br><br>Street Address: 10001 Park Run Drive<br>Las Vegas, NV 89145<br>Telephone Number: (702)382-0711<br>Email Address: acalaway@maclaw.com<br><br>s/Robert P. Fitz-Patrick<br>ROBERT P. FITZ-PATRICK, Esq.<br>Attorney for Appellees<br>KE Arms, LLC, Russell Phagan, Sinistral Shooting Technologies, LLC and Brownells, Inc.<br><br>Street Address: 521 East 2nd Street, Suite 1200<br>Tulsa, OK 74120<br>Telephone Number: (918)594-0400<br>Email Address: rfitzpatrick@hallestill.com |