UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

June 24, 2025

Heidi D. Campbell
United States District Court for the Northern District of Oklahoma
333 West 4th Street, Room 411
Tulsa, OK 74103

Tadd J. P. Bogan
James E. Weger
Jones, Gotcher & Bogan
15 East 5th Street, Suite 3800
Tulsa, OK 74103

Alexander K. Calaway
Brian R. Hardy
Marquis Aurbach Coffing
10001 Park Run Drive
Las Vegas, NV 89145

Robert Paul Fitz-Patrick
Hall Estill - Litigation
521 East 2nd Street, Suite 1200
Tulsa, OK 74120

**RE:** **25-5052, GWACS Armory v. KE Arms, et al**
Dist/Ag docket: 4:20-CV-00341-JDR-SH, 4:21-CV-00107-JDR-SH

Dear Clerk and Counsel:

Please be advised that the court issued an order today dismissing this case.

In addition, pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate issued today, and the court's judgment takes effect. With the issuance of this letter, jurisdiction is transferred back to the lower court.

Please contact this office if you have questions.

        Sincerely,

        Christopher M. Wolpert
        Clerk of Court

CMW/sls